UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA, ex rel. JANE DOE

                              Plaintiff,

      -against-

ALLERGAN, INC.

                             Defendant.

------------------------------------ x

ORDER

14 Civ. 05188 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: June 21, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE